In the Matter of IBRAHIM DONMEZ, Appellant, v NEW YORK CITY DEPARTMENT OF CONSUMER AFFAIRS et al., Respondents.

Submitted January 9, 2017; decided March 23, 2017

Motion, insofar as it seeks leave to appeal from the Appellate Division order resolving the motion to enlarge the record, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.